IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>AMBER G. HEATH; and ATLANTIC CREDIT & FINANCE, INC.,<br><br>        Defendants. | 8:19CV196<br><br>ORDER OF SALE |

UNITED STATES OF AMERICA   )
                                        ) ss
DISTRICT OF NEBRASKA         )

TO:    Scott Kracl
        United States Marshal
        District of Nebraska

GREETINGS:

WHEREAS, on August 15, 2019, the United States District Court for the District of Nebraska issued a Judgment and Decree of Foreclosure and Order of Sale in which it ordered that certain Defendants pay an indebtedness within twenty (20) days and that, if said amount was not so paid, upon application by the Plaintiff, the Clerk of the United States District Court shall issue an Order of Sale of property described in said Judgment and Decree of Foreclosure and Order of Sale; and

WHEREAS, said indebtedness has not been paid within twenty (20) days and Plaintiff has applied for issuance of an Order of Sale;

NOW, THEREFORE, you are hereby commanded to carry into effect the aforementioned Judgment and Decree of Foreclosure and Order of Sale, a copy of which is attached, by selling the premises and real estate described therein in a manner set forth therein.

You will make due return of your proceedings under this order to this Court within the time and in the manner provided by law.

DATED this 6th day of September, 2019.

        DENISE M. LUCKS, Clerk
        United States District Court
        District of Nebraska

By: _____